# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**RICHARD BARTON,**

    **Plaintiff,**

vs.                                            **CASE NO. 4:04cv443-MMP/AK**

**STATE OF FLORIDA, et al,,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff brings this cause pursuant to 42 U.S.C. §1983 seeking a declaratory judgment that Fla. Stat. 794.011 is unconstitutional because it prohibits him from having a sexual relationship with a woman who has a mental disability. (Doc. 1). Specifically, Plaintiff claims that he met and fell in love with a woman at a McDonald's Restaurant, whom he contends is mentally handicapped, and that according to Fla. Stat. 794.011(4) it would be a felony for him to have sex with her. Although Plaintiff is presently incarcerated, he contends that he would like to be able to consummate his relationship

with this woman when he gets out.[1]  This statute, he claims, violates his constitutional right to the pursuit of happiness.  The statute Plaintiff cites defines and sets forth the penalties for sexual battery in the State of Florida, specifically sexual battery upon a person deemed mentally defective.

There is no legally cognizable constitutional "right to happiness" and certainly no right to sexual battery.

It is respectfully **RECOMMENDED** that Plaintiff's complaint, doc. 1, be **DISMISSED** as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2), and that the order adopting this report and recommendation direct the clerk of court to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and that this constitute a "strike" within the meaning of 28 U.S.C. §1915(g).

**IN CHAMBERS** at Gainesville, Florida, this   **22**nd day of March, 2005.


**s/ A. KORNBLUM**
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and**

---

[1] According to the DOC website, Plaintiff is incarcerated on robbery charges and is not scheduled to be released until 2036.

**No. 4:04cv443-mmp/ak**

**recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

**No. 4:04cv443-mmp/ak**