IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICHARD BARTRON,

    Plaintiff,

v.                          CASE NO. 4:04-cv-00443-MP-AK

ATTORNEY GENERAL CHARLES CRIST,
STATE OF FLORIDA,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 8, Report and Recommendation of Magistrate Judge Kornblum, recommending that Plaintiff's case be dismissed a frivolous and for failure to state a claim upon which relief may be granted. The Magistrate Judge filed the Report and Recommendation Tuesday, March 22, 2005. The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. Plaintiff has filed an objection to the finding of his claim as frivolous and simultaneously filed a voluntary dismissal of this action.

Plaintiff's complaint attacks the constitutionality of Florida Statute 794.011 because it prevents him from having sexual intercourse with a mentally ill woman. The Magistrate found that there is no constitutional right to happiness and there was no right to sexual abuse. Plaintiff contends in his complaint and objection that the law goes too far in its reach and that individuals capable of consent are denied that right. Further, Plaintiff alleges that the true purpose of the law is to prevent procreation among the mentally ill. For these reasons Plaintiff sought to have the

statute found unconstitutional.

The Magistrate's report did not specifically address many of Plaintiff's arguments. In light of the report's failure to address some issues, and the Plaintiff's voluntary dismissal, the Magistrate's Report and Recommendation is Rejected. Plaintiff's voluntary dismissal is accepted in accordance with Federal Rule of Civil Procedure 41(a)(1).

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is REJECTED.

2. Plaintiff's voluntary dismissal is accepted in accordance with Federal Rule of Civil Procedure 41(a)(1). This cause is dismissed without prejudice.

**DONE AND ORDERED** this   *2nd*   day of May, 2005.

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge